SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>    vs.<br><br><br>Glen R. Fowler, et al,<br><br><br><br>    Defendants | Case No.: CIV.S 08-cv-02519-JAM-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF GLEN R. FOWLER AND ORDER**<br><br><br>Complaint Filed: OCTOBER 23, 2008<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Glen R. Fowler) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (Glen R. Fowler) is dismissed because this Defendant is deceased.


Dated: December 22, 2008          /s/Scott N. Johnson
                                  SCOTT N. JOHNSON
                                  Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-08-02519-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

3  Dated:   12/24/2008                              /s/ John A. Mendez
4                                                               U. S. DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                        CIV: S-08-02519-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com